IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
AT SOUTH BEND

| | | |
|---|---|---|
| KAREN RATHBURN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-01031 |
| | ) | |
| FOREST RIVER, INC, and | ) | |
| INTERNATIONAL MOTORS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for defendant International Motors, LLC (herein "International"), hereby files its corporate disclosure statement pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and this Court's February 1, 2023 General Order regarding the disclosure of corporate interests, and states as follows:

International is a non-governmental corporate party wholly owned by Navistar International Corporation. Navistar International Corporation is not a publicly held corporation; it is wholly owned by TRATON US, LLC, which is an indirect subsidiary of TRATON SE, a Germany company. A small percentage of TRATON SE's shares are publicly traded. TRATON US, LLC and TRATON SE are indirect subsidiaries of VOLKSWAGEN AG. VOLKSWAGEN AG is publicly traded.

Federal jurisdiction is asserted by plaintiff under both 28 U.S. Code §§ 1331, 1332 based on a federal question under the Magnuson Moss Warranty Act (15 U.S.C. § 2301 et seq.), the diversity of the parties and the amount in controversy. International is incorporated in Delaware, and its principal place of business is in Illinois. Therefore, International is a citizen of Delaware and Illinois.

No additional disclosures are required under this Court's February 1, 2023 General Order or the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/ *Timothy V. Hoffman*

*Attorney for Defendant,*
INTERNATIONAL MOTORS, LLC

**SANCHEZ DANIELS & HOFFMAN LLP**
200 West Madison Street
Suite 2950
Chicago, Illinois 60606
T: (312) 641-1555
F: (312) 641-3004
E: thoffman@sanchezdh.com